# EXHIBIT C

1/13/2016                    Consumer Law Partners LLC Mail - Fwd: Sif Due 1253338



Nate Volheim <nate.v@consumerlawpartners.com>

## Fwd: Sif Due 1253338
1 message

**Robert Caudill** <rrcaudill1985@gmail.com>
To: nate.v@consumerlawpartners.com

---------- Forwarded message ----------
From: **Renea White** <letterprocessing@diversifiedrecoverybureaullc.com>
Date: Tue, Jan 12, 2016 at 5:10 PM
Subject: Sif Due 1253338
To: "rrcaudill1985@gmail.com" <rrcaudill1985@gmail.com>

Robert Caudill,

The attached file contains a document regarding the terms and conditions of
your matter with Diversified Recovery Bureau. If you have any further
questions, you can contact us at (844)368-6749.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR IN AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. NOTICE: If you have
received an e-mail from Diversified Recovery Bureau LLC, the e-mail message and all
attachments transmitted with it are intended solely for the use of the addressee and may
contain legally privileged and confidential information. If the reader of the message is not the
intended recipient, or an employee or agent responsible for delivering the message to the
intended recipient, you are hereby notified that any dissemination, distribution, copying, or
other use of the message or its attachments is strictly prohibited. If you have received a
message in error, please notify the sender immediately by replying to the message and please
delete it from your computer.

**Sif Due 1253338.pdf**
313K

Diversified Recovery Bureau, LLC
PO Box 28
West Seneca, NY 14224

SEND TO:
Diversified Recovery Bureau, LLC
PO Box 28
West Seneca, NY 14224



Payment Processed By: PaymentManagementServices

ROBERT CAUDILL
2332 W ADDISON ST APT 3B
CHICAGO, IL  60618

| Date | 01/12/2016 |
|---|---|
| Balance | $700.00 |
| Current Creditor | Diversified Recovery Bureau, LLC |
| Current Creditor Acct# | 1253338 |
| Original Creditor | Seaside Dollar |
| Original Creditor Acct# | 39669896 |

Dear ROBERT CAUDILL:

$1,080.00 owed and this is an opportunity for you to take care of this obligation at a greatly reduced cost. If payments are not received in the indicated amounts and on or before the date due, this offer is hereby revoked and Diversified Recovery Bureau, LLC is under no further obligation to honor the terms of this offer.

| You agree to pay $350.00 on 1/25/2016. |
|---|
| You agree to pay $350.00 on 2/19/2016. |

Should you have questions you can reach a professional agent by calling (844) 368-6749 Monday – Friday 9:00 AM – 9:00 PM Eastern Time.

**This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Diversified Recovery Bureau, LLC
PO Box 28
West Seneca, NY 14224
Phone (844) 368-6749, Fax (716) 204-7147
Monday-Friday 9:00 am – 9:00 pm