# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT RANDOLPH CAUDILL, JR, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 1:16-cv-00559<br>)<br>) Honorable Judge Jorge L. Alonso<br>) |
| DIVERSIFIED RECOVERY BUREAU, LLC | ) Magistrate Judge Maria Valdez<br>) |
| Defendant, | )<br>) |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

NOW COMES the Plaintiff, ROBERT RANDOLPH CAUDILL, JR. ("Plaintiff"), by and through his attorneys, Consumer Law Partners, LLC and in support of Plaintiff's voluntary dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby voluntarily dismisses his claims against the Defendant with prejudice. Each party shall bear its own costs and fees.

Dated: April 20, 2016                              Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C Volheim
Counsel for Plaintiff
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, Illinois 60611
Phone (267) 422-1000
Fax: (267)422-2000